UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH M. DUARTE, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>WRIGHT NOW TRUCKING, INC,<br><br>    Defendant. | No. 1:20-cv-00513-NONE-HBK<br><br>VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>ORDER DIRECTING CLERK TO ASSIGN THIS CASE TO DISTRICT JUDGE<br><br>(Doc. No. 11) |

    On March 1, 2021, the parties filed a Stipulation for Dismissal, stipulating to dismissal of this action under Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice. (Doc. No. 11). The Stipulation further advised, "[e]xcept as otherwise agreed by the parties, each side will bear their own attorneys' fees and litigation costs. *Id*. Considering the parties' Joint Stipulation under Rule 41(a)(1)(A)(ii), this case is dismissed with prejudice. *See Id.*; *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

    Accordingly:

    1.    Pursuant to the parties' Stipulation, this action is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

    2.    The Clerk of Court is respectfully directed to terminate all pending motions, assign

1

this case to a district judge and close this case.

IT IS SO ORDERED.

Dated:   March 2, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE